THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY JACKSON and SEDERICK NOBLE**                                              **PLAINTIFFS**

**v.**                                    **Case No. 4:19-cv-00199-KGB**

**UNITED STATES OF AMERICA**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Sederick Noble's Federal Tort Claims Act ("FTCA") claim against defendant the United States of America is dismissed without prejudice. Plaintiff Larry Jackson's FTCA claim against the United States is dismissed with prejudice.

It is so adjudged this 22nd day of September, 2020.

_____
Kristine G. Baker
United States District Judge